IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARTHUR ROY MORRISON, ID # 1492042, )<br>       Petitioner,                        ) <br>vs.                                         )<br>                                           )<br>RICK THALER, Director,             )<br>Texas Department of Criminal      )<br>Justice, Correctional Institutions Division, )<br>       Respondent.                   ) | No. 3:12-CV-4916-N  (BH)<br><br>Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motion for sanctions (doc. 45) is **DENIED**.

**SIGNED this 31st day of May, 2013.**

_____
**UNITED STATES DISTRICT JUDGE**