**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ARTHUR ROY MORRISON, ) | |
| ID # 1492042, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:12-CV-4916-N-BH |
| ) | |
| WILLIAM STEPHENS, Director, ) | Referred to U.S. Magistrate Judge |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
|     Respondent. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendations of the United States Magistrate Judge (docs. 143, 145) and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendations of the United States Magistrate Judge, the petitioner's post-judgment motions, received on March 4, 2015 and March 19, 2015 (docs. 134, 136, 137, 138, 139, 140, 141, and 144), are **DENIED.** Petitioner Arthur Ray Morrison is hereby sanctioned and barred from filing any other pleading or paper in this case, other than a notice of appeal from this order.  He is also warned that if he files any other pleading or paper in this case, he will be subject to additional sanctions, including but not limited to, monetary sanctions.

**SIGNED this 2nd day of April, 2015.**

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

2